# Court of Appeals
# of the State of Georgia

ATLANTA, June 07, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1716. WILLIE MAYS v. THE STATE.

In October 2015, Willie Mays pled guilty to theft by taking. Later, in November 2017, Mays filed an extraordinary motion for new trial challenging the warrant affidavit that led to his arrest. The trial court denied the motion, and Mays filed this direct appeal. We, however, lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Mays's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/07/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*